United States District Court
Southern District of Texas
**ENTERED**
October 21, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| BEAU HARBISON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | 3:26-cv-181 |
| | § | |
| SIG SAUER, INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION**

On June 10, 2026, the court referred all pretrial matters in this case to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 5. Judge Edison filed a memorandum and recommendation on October 5, 2026, recommending that the court deny Shoot Straight, Inc.'s motion to dismiss for lack of personal jurisdiction (Dkt. 13) without prejudice to re-urging following limited jurisdictional discovery pertaining to whether Shoot Straight served a market for firearms in Texas at any time from January 1, 2021, through August 16, 2024, the date of the plaintiff's injury. Dkt. 26. Because no party filed objections to the memorandum and recommendation, the court reviews for plain error on the face of the record. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the court

finds that there is no plain error apparent from the face of the record.

Accordingly:

(1) Judge Edison's memorandum and recommendation (Dkt. 26) is approved and adopted in its entirety as the holding of the court;

(2) Shoot Straight's motion to dismiss for lack of personal jurisdiction (Dkt. 13) is denied without prejudice to re-urging following limited jurisdictional discovery pertaining to whether Shoot Straight served a market for firearms in Texas at any time from January 1, 2021, through August 16, 2024, the date of the plaintiff's injury.

Signed on Galveston Island this 21st day of October, 2026.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE